# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION

Master File No. 3:16-md-2734

Chief Judge M. Casey Rodgers
Magistrate Judge Gary Jones

This document relates to all cases
_____

## NOTICE OF APPEARANCE

COMES NOW the undersigned counsel, Justin G. Witkin, pursuant to Order, ECF No. 12, and hereby enters this notice of appearance.

NOTICE OF APPEARANCE to the clerk of court and all parties of record: I am admitted to practice before this Honorable Court, and I appear in this case as counsel for the Plaintiff(s) in the above styled matter.

I respectfully request that all orders, pleadings, papers, documents and correspondence served in this action also be served on the Plaintiff(s) by and through the undersigned counsel in accordance with all applicable local rules and/or pretrial orders[1] as follows:

Justin G. Witkin
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 E. Main Street, Suite 200
Pensacola, FL 32502
Phone: 850-202-1010
Email: 850-916-7449

---

[1] See generally, Order, ECF No. 12, ¶VI, P. 6-7.

Respectfully submitted this the 31st day of October, 2016.

        */s/ Justin G. Witkin*
        Justin G. Witkin
        Aylstock, Witkin, Kreis & Overholtz, PLLC
        17 E. Main Street, Suite 200
        Pensacola, FL 32502
        Phone: 850-202-1010
        Email: 850-916-7449

        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Courtesy copies were delivered via email to Interim Co-Lead Counsel for Plaintiffs, Interim Liaison Counsel for Plaintiffs and attorneys for defendants listed in the Order Establishing Interim Procedures, ECF No. 8.

This the 31st day of October, 2016.

        */s/ Justin G. Witkin*
        Attorney Name