# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:16-md-2734<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Northern District of Florida Local Rule 11.1 and the Court's October 21, 2016 Order, ECF No. 12, Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Jennifer Liakos of the law firm of Napoli Shkolnik PLLC, 525 South Douglas Street, Suite 260, El Segundo, CA 90245, Telephone: (310) 331-8224, for purposes of appearance as counsel on behalf of the Plaintiffs in the above-styled case only, and in support thereof states as follows:

1. Jennifer Liakos resides in California, and is not a resident of the State of Florida.

2. Jennifer Liakos is not admitted to practice in the Northern District of Florida, and is a member in good standing of the bar of the State of California and the United States District Court for the Central District of California. Copies of a Certificate of Good Standing from the State of California and the Central District of California dated within 30 days of this motion are attached hereto as Exhibit "A" and made a part hereof.

3. Pursuant to Local Rule 11.1(C) and the Procedures for Admission set by the Clerk's Office, Jennifer Liakos has completed the requirements to appear *pro hac vice* in this Court.

4. On October 31, 2016, Jennifer Liakos completed the Local Rules exam, confirmation number 16305-LJ-7500778C, and the required CM/ECF tutorials.

5. Jennifer Liakos has submitted to the Clerk the required $196.00 registration fee required for special admission.

6. Jennifer Liakos hereby designates Brian F. Aylstock of Aylstock, Witkin, Kreis & Overhotlz, PLLC, who is a member in good standing of the bars of the State of Florida and this Court, to act as local counsel.

7. Brian F. Aylstock of the law firm of Aylstock, Witkin, Kreis & Overhotlz, PLLC is a member in good standing of the Florida Bar and the Northern District of Florida, maintains an office in this State for the practice of law, and is authorized to file through the Court's electronic filing system. Brian F. Aylstock consents to act and accepts designation as local counsel.

8. Jennifer Liakos has not previously been granted admission *pro hac vice* by this Court. Ms. Liakos has not appeared in the Florida state courts or in this District by admission *pro hac vice* to constitute the general practice of law in the State of Florida or abused the privilege to specially appear.

WHEREFORE, Plaintiffs respectfully request the Court enter an Order admitting Jennifer Liakos of Napoli Shkolnik PLLC *pro hac vice* in this case.

Dated: November 1, 2016                          By: */s/ Jennifer Liakos*
                                                 Jennifer Liakos (CA Bar 207487)
                                                 Napoli Shkolnik PLLC
                                                 525 South Douglas Street, Suite 260
                                                 El Segundo, CA 90245
                                                 Telephone: (310) 331-8224
                                                 Fax: (646) 843-7603
                                                 Email: jliakos@napolilaw.com
                                                 Brian F. Aylstock
                                                 Fla. Bar No. 78263
                                                 AYLSTOCK, WITKIN, KREIS &
                                                 OVERHOTLZ, PLLC
                                                 17 E. Main Street, Suite 200
                                                 Pensacola, Florida 32502
                                                 Telephone: (850) 916-7450
                                                 Facsimile: (850) 916-7449
                                                 Email: baylstock@awkolaw.com
                                                 *Attorneys for Plaintiffs*

# EXHIBIT A

**THE STATE BAR
OF CALIFORNIA**

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617

TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

October 28, 2016

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JENNIFER REBECCA WILLIAMS, #207487 was admitted to the practice of law in this state by the Supreme Court of California on June 6, 2000; that at her request, on March 11, 2004, her name was changed to JENNIFER REBECCA LIAKOS on the records of the State Bar of California; that she has been since the date of admission, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Louise Turner
Custodian of Membership Records

# United States District Court

## Central District of California

## CERTIFICATE OF GOOD STANDING

I, KIRY K. GRAY, Clerk of this Court, certify that

Jennifer R. Liakos , Bar No. 207487

was duly admitted to practice in this Court on June 6, 2000
*DATE*

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California

on November 1, 2016
*Date*

KIRY K. GRAY
Clerk of Court

By _____
Lupe Thrasher , Deputy Clerk

G-52 (10/15)     CERTIFICATE OF GOOD STANDING - BAR MEMBER

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via the CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Courtesy copies were delivered via email to Interim Co-Lead Counsel for Plaintiffs, Interim Liaison Counsel for Plaintiffs, and the attorneys for Defendants listed in the Order Establishing Interim Procedures, ECF No. 8.

This the 1st day of November, 2016.

By: */s/ Jennifer Liakos*
Jennifer Liakos (CA Bar 207487)
Napoli Shkolnik PLLC
525 South Douglas Street, Suite 260
El Segundo, CA 90245
Telephone: (310) 331-8224
Fax: (646) 843-7603
Email: jliakos@napolilaw.com