# *United States District Court*
## CIVIL MINUTES - GENERAL

Case No.:  **3:16-md-2734-MCR/GRJ**                                              Date:  November 7, 2016

In Re:  **Abilify (Aripiprazole) Products Liability Litigation**

---

**DOCKET ENTRY:   Initial Case Conference**

Order to follow memorializing matters discussed and deadlines set.

---

**PRESENT:**

| Honorable        **M. Casey Rodgers** | Gwendelynn Bills | Susan Simms | Donna Boland |
|---|---|---|---|
| **Chief United States District Judge** | Law Clerk | Deputy Clerk | Court Reporter |

**APPEARANCES:**

**Attorneys for Plaintiffs:**     Kristian Rasmussen, Gary Wilson, Bryan Aylstock
   **Add'l Counsel Present:**   Stephen Echsner, M. Brandon Smith, Ernest Cory, Marlene Goldenberg, Behram Parekh, Troy Rafferty, Daniel Nigh, Lexi Hazam, Kenneth Bird, Jennifer Liakos Jonathan Mann, Tara  Sutton, Munir Meghjee, J. Gordon Rudd, Jr.
   **Appeared by Phone:**     Megan McKenzie, George Williamson, Lauren Calvert, Richard Schulte
**Attorneys for Defendant Bristol-Myers Squibb Co.:**   Anand Agneshwar, Matthew Eisenstein, Larry Hill
   **Add'l Counsel Present:**   Charles Beall, Jr., Kimberly Sullivan, Lauren Colton (by phone) and Donald LeGower (in-house counsel)
**Attorneys for Defendant Otsuka Pharmaceutical Co. and**
   **Otsuka America Pharmaceutical, Inc.:** Matthew Campbell, Luke Connelly, Kyle Diamantas
   **Add'l Counsel Present:**   Hal Litchford (by phone) and Monica Hennessy (in-house counsel)

**PROCEEDINGS:**

11: 00 am  Court in Session - Initial Case Conference Begins
- Introduction of counsel present/by phone and court staff
- Review status of MDL case
- Review of Orders filed, setting up website and transcripts to be filed
- Applications for leadership positions/structuring (w/14-day deadline from date Order to be filed)
- Committees: Executive, Steering, Joint Discovery, Joint Settlement
- Master Complaint, Short Form Complaint and Short Form Answer
- Deadlines discussed re: Discovery, Omnibus Motions, Daubert Motions, Case Management Conferences monthly, Oral Arguments (to be outlined in Order to follow)
- Court discusses: Fact Sheets, bellwether process, MDL Centrality and data analytics
- Trial selection blueprint, resolving discovery disputes – discovery conferences every other week Science Day, discovery deadlines and briefs
- Case Management Order to follow w/deadlines
- Federal/State Liaison counsel to be appointed
- Pro Se Plaintiff and unknown cases yet to be filed

**Civil Minutes - Initial Case Conference** (continued)

**MDL Case #3:16-md-2734**             **In Re: Abilify Litigation**             **November 7, 2016**

**PROCEEDINGS:**

| | |
|---|---|
| 12:41 | Court in Recess |
| 12:53 | Court in Session |
| | Court and counsel discuss: |

- Parties to schedule meeting and provide submissions to the Court
- Request for Stay to be lifted
- New Jersey litigation
- Committees to be formed
- Briefs on discovery and scope of discovery
- Official transcripts to be posted on website

Order to follow memorializing matters discussed and setting deadlines

1:03 pm    Court in Recess