## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

IN RE: ABILIFY (ARIPIPRAZOLE)
PRODUCTS LIABILITY
LITIGATION

Master File No. 3:16-md-2734

Chief Judge M. Casey Rodgers
Magistrate Judge Gary Jones

This document relates to all cases

## MOTION TO APPEAR *PRO HAC VICE*

In accordance with Northern District of Florida Local Rule 11.1 and the Court's October 21, 2016 Order, ECF No. 12, Plaintiffs, through the undersigned counsel, respectfully move for the admission *pro hac vice* of Jeffrey L. Osterwise of Berger & Montague, P.C., 1622 Locust Street, Philadelphia, PA 19103, (215) 875-3000, for purposes of appearance as counsel on behalf of the Plaintiffs in the above-styled case only, and in support thereof states as follows:

1. Jeffrey L. Osterwise resides in Pennsylvania, and is not a resident of the State of Florida.

2. Jeffrey L. Osterwise is not admitted to practice in the Northern District of Florida, and is a member in good standing of the bar of the Commonwealth of Pennsylvania. A copy of a Certificate of Good Standing from the Commonwealth of Pennsylvania dated within 30 days of this motion is attached hereto as "Exhibit A" and made a part hereof.

3. Pursuant to Local Rule 11.1(C) and the Procedures for Admission set by the Clerk's office, Jeffrey L. Osterwise has completed the requirements to appear *pro hac vice* in this Court.

4. Jeffrey L. Osterwise has completed the Local Rules exam, confirmation number 16319-OJ-6041F624, and the required CM/ECF tutorials.

5. Jeffrey L. Osterwise has submitted to the Clerk the required $196.00 registration fee required for special admission.

WHEREFORE, Plaintiffs respectfully request the Court enter an Order admitting Jeffrey L. Osterwise of Berger & Montague, P.C. *pro hac vice* in this case.

Dated: November 28, 2016

Respectfully submitted,

By: /s/ Jeffrey L. Osterwise
Jeffrey L. Osterwise
**Berger & Montague, P.C.**
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Fax: (215) 875-4603
Email: josterwise@bm.net

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance was served electronically via CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Courtesy copies were delivered via email to Interim Co-Lead Counsel for Plaintiffs, Interim Liaison Counsel for Plaintiffs and attorneys for defendants listed in the Order Establishing Interim Procedures, ECF No. 8.

This the 28rd day of November, 2016.

By: /s/ Jeffrey L. Osterwise
Jeffrey L. Osterwise

# Exhibit A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jeffrey Laurence Osterwise, Esq.*

DATE OF ADMISSION

*November 2, 2005*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: November 17, 2016

_____
John W. Person Jr., Esq.
Deputy Prothonotary