UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:16-md-2734<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

**ORDER REGARDING MASTER LONG FORM COMPLAINT**
**AND CORRESPONDING SHORT FORM COMPLAINT**

On November 28, 2016, Plaintiffs, by and through Plaintiffs' Interim Co-Lead Counsel, have filed a Master Consolidated Complaint and a corresponding Short Form Complaint.

**The Court hereby FINDS and ORDERS:**

1. The Master Consolidated Complaint contains allegations that are suitable for adoption and incorporation by reference in lawsuits filed by individuals consolidated in MDL No. 2734.

2. The Short Form Complaint is appropriate for adoption and incorporation by reference of the allegations, causes of action and theories of recovery contained in the Master Consolidated Complaint.

3. All plaintiffs in this MDL with claims against Bristol-Myers Squibb Company, Otsuka Pharmaceutical Co., Ltd., and/or Otsuka America Pharmaceutical, Inc. must use the Short Form Complaint in accordance with the

Order Governing Procedures For Direct Filing and Master Pleadings (ECF No. 106) and prior Orders (ECF Nos. 41 and 12).

4. Any plaintiff who filed a Complaint in MDL 2734 or had a Complaint transferred to this MDL before the date the Master Complaint was filed must file a Short Form Complaint within 120 days of the date this Order is entered.

5. Service of Short Form Complaints. For Plaintiffs who have already filed complaints and served them on Defendants, such Plaintiffs may effectuate service of the Short Form Complaint on Defendants' counsel by CM/ECF. Plaintiffs who file cases in this MDL or whose cases are transferred to this MDL on or after the date of this Order, or who filed but have not yet served ordinary complaints on Defendants, must utilize the Short Form Complaint and effectuate service of process in accordance Federal Rules of Civil Procedure and previous Orders from this Court. By December 9, 2016, the parties must submit to flnd_rodgers@flnd.uscourts.gov a version of the Short Form Complaint that can be easily completed by attorneys or Pro Se Plaintiffs. This version will be posted on the upcoming Abilify MDL website.

**DONE** and **ORDERED** on this 30th day of November, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**