# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:16-md-2734<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## ORDER REGARDING SCIENCE DAY AND MDL WEBSITE

The Court and parties previously reserved the dates of February 22–23, 2017, for the purpose of holding a Case Management Conference, an evidentiary hearing and/or oral argument in connection with OPC's anticipated Motion to Dismiss for lack of personal jurisdiction, Science Day, and possibly a presentation on MDL Centrality and other data management services by Brown Greer, LLP.  The undersigned has spoken with Judge James DeLuca, who is presiding over the New Jersey Abilify litigation, about attending the Science Day presentation; however, Judge DeLuca is available only on February 23.  Accordingly, Science Day will be held on the 23rd, and the 22nd will be reserved for the other matters.[1] The January 23, 2017, deadline to submit scientific articles established in Discovery Conference Order No. 1 remains in effect.

---

[1] To the extent the other matters cannot be competed on the 22nd, the undersigned anticipates there will be additional time on the 23rd, either before or following Science Day, in which to complete any remaining matters.

Case No. 3:16-md-2734

Additionally, the Court is pleased to announce that the website for the Northern District of Florida has been updated and now includes a section devoted to this MDL. This webpage can be viewed at http://www.flnd.uscourts.gov/mdl2734.

**DONE** and **ORDERED** on this 16th day of December, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**