**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:16-md-2734<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

# ORDER APPOINTING LEADERSHIP COUNSEL

The Court greatly appreciates the effort of all attorneys who applied for a leadership position in this MDL. After a thorough review of all applications submitted, the Court appoints the MDL leadership structure as follows:[1]

**Plaintiffs' Committee Structure**

Plaintiffs' Co-Lead Counsel

| | |
|---|---|
| **Kristian Rasmussen**<br>Cory Watson, P.C.<br>2131 Magnolia Avenue South, Ste. 200<br>Birmingham, AL 35205<br>Phone: (205) 328-2200<br>Email: Rasmussen@CoryWatson.com | **Gary L. Wilson**<br>Robins Kaplan LLP<br>800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN 55402<br>Telephone: 612-349-8500<br>Email: GWilson@RobinsKaplan.com |

---

[1] Unfortunately, there were not enough positions for every application submitted. Those attorneys who were not selected for a leadership position should not interpret the decision as an indication that the undersigned does not consider them capable of handling a leadership position. The selections were made based on a comparison among the applications received of relevant MDL experience, taking into account the skill sets previously identified as important, and number of cases filed in this MDL.

Plaintiffs' Liaison Counsel

> **Bryan Aylstock**
> Aylstock, Witkin, Kreis & Overholtz, PLLC
> 17 E. Main Street, Suite 200
> Pensacola, FL 32502
> Telephone: (850) 202-1010
> Email: baylstock@awkolaw.com

Plaintiffs Executive Committee[2]

> **J. Gordon Rudd, Jr.**
> Zimmerman Reed LLP
> 1100 IDS Center, 80 S. 8th Street
> Minneapolis, MN 55402
> Phone: (612) 341-0400
> Email: gordon.rudd@zimmreed.com

> **Lexi J. Hazam**
> Lieff Cabraser Heimann & Bernstein, LLP
> 275 Battery Street, 29th Floor
> San Francisco, CA 94111-3339
> 415.956.1000
> lhazam@lchb.com

> **Troy A. Rafferty**
> Levin, Papantonio, Thomas, Mitchell Rafferty & Proctor P.A.
> 316 S. Baylen Street, Suite 600
> Pensacola, FL 32502
> Phone: (850) 435-7000
> Email: trafferty@levinlaw.com

Plaintiffs' Steering Committee

> **Behram V. Parekh**
> Kirtland & Packard LLP
> 2041 Rosecrans Ave., Third Floor
> El Segundo, CA 90245
> Phone: 310-536-1000
> Email: bvp@kirtlandpackard.com

> **Chris T. Hellums**
> Pittman, Dutton & Hellums, P.C.
> 2001 Park Place N., Ste 1100
> Birmingham, AL 35203
> Phone: (205) 322-8880
> chrish@pittmandutton.com

---

[2] Co-lead Counsel and Liason Counsel are also members of the Plaintiffs' Executive Committee. The Court considers Co-lead Counsel as one position.

Case No. 3:16-md-2734

**George T. Williamson**
99 Nesbit Street
Punta Gorda, Florida 33950
P. (941) 639-1158
gwilliamson@farr.com

**M. Brandon Smith, Esq.**
Childers, Schlueter & Smith L.L.C.
1932 North Druid Hills Road, Suite 100
Atlanta, GA 30319
(404) 419-9500 (Telephone)
bsmith@cssfirm.com

**Shanon J. Carson**
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19106
Phone: 215-875-3000
Email: scarson@bm.net

**Jennifer Liakos**
Napoli Shkolnik PLLC
525 South Douglas Street, Suite 260
El Segundo, CA 90245
Telephone: (310) 331-8224
Email: jliakos@napolilaw.com

**Marlene J. Goldenberg**
GoldenbergLaw, PLLC
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Phone: (612) 333-4662
Email: mjgoldenberg@goldenberglaw.com

Based on an impressive application outlining extensive experience in the relevant areas of medical science, experts, and ESI, as well as in the critical area of litigation oversight and coordination, Marlene Goldenberg is appointed to serve as the PSC Discovery Liaison. The PSC Discovery Liaison is responsible for coordinating efforts between the PSC, the Joint Discovery Committee, and the two Discovery sub-committees discussed in further detail below.

Plaintiffs' Federal/State Liaison Counsel

**Munir R. Meghjee**
Robins Kaplan LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Email: MMeghjee@RobinsKaplan.com

Plaintiffs' Fees and Common Benefit Fund Committee

In addition to the committees announced in the Order, the Court has identified a need for a Plaintiffs' Fees and Common Benefit Fund Committee ("Fees and Funds Committee"). In light of the experience, skill, and knowledge identified in their applications for other leadership positions, the Court appoints the following attorneys to this committee:

| | |
|---|---|
| **Bryan Aylstock**<br>Aylstock, Witkin, Kreis & Overholtz, PLLC<br>17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Telephone: (850) 202-1010<br>Email: baylstock@awkolaw.com | **Chris T. Hellums**<br>Pittman, Dutton & Hellums, P.C.<br>2001 Park Place N., Ste 1100<br>Birmingham, AL 35203<br>Phone: (205) 322-8880<br>chrish@pittmandutton.com |

The Fees and Funds Committee will be responsible for administering the Common Benefit Fund and overseeing Plaintiffs' counsel's time and expense submissions. Additionally, the Fees and Funds Committee will confer and propose a Special Master with whom to work on these issues. The Committee should submit their proposed Special Master for review of the Court by January 30, 2017.

Case No. 3:16-md-2734

**Defendants' Liaison Counsel**

   **Larry Hill**
   lhill@mhw-law.com
   Moore, Hill & Westmoreland, P.A.
   350 West Cedar Street
   Maritime Place, Suite 100
   Pensacola FL 32502
   Telephone: (850) 434-3541

**Joint Committees**

Joint Discovery Committee

   *Plaintiffs*

| | |
|---|---|
| **Behram V. Parekh**<br>Kirtland & Packard LLP<br>2041 Rosecrans Ave., Third Floor<br>El Segundo, CA 90245<br>Phone: 310-536-1000<br>Email: bvp@kirtlandpackard.com | **George T. Williamson**<br>99 Nesbit Street<br>Punta Gorda, Florida 33950<br>P. (941) 639-1158<br>gwilliamson@farr.com |
| **Stephen H. Echsner**<br>Aylstock, Witkin, Kreis &<br>Overholtz, PLLC<br>17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>Phone: 850-202-1010 | **Stephen Hunt, Jr.**<br>Cory Watson, P.C.<br>2131 Magnolia Avenue South, Ste. 200<br>Birmingham, AL 35205<br>Phone: (205) 328-2200<br>Email: Shunt@CoryWatson.com |

   *Bristol-Myers Squibb Company*

| | |
|---|---|
| **Lauren Colton**<br>Hogan Lovells US LLP<br>100 International Drive, Suite 200<br>Baltimore, Maryland 21202<br>410-659-2700<br>lauren.colton@hoganlovells.com | **Matthew Eisenstein**<br>Arnold & Porter LLP<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>202-942-6606<br>matthew.eisenstein@aporter.com |

Case No. 3:16-md-2734

*Otsuka Pharmaceutical Co. Ltd. & Otsuka America Pharmaceutical Inc. ("the Otsuka Defendants")*

| | |
|---|---|
| **Luke A. Connelly** | **Matthew A. Campbell** |
| Winston & Strawn LLP | Winston & Strawn LLP |
| 200 Park Avenue | 1700 K St. NW |
| New York, NY 10166-4193 | Washington, DC 20006-3817 |
| T: 212-294-6882 | T: 202-282-5848 |
| LConnell@winston.com | MACampbe@winston.com |

The Court will also create two JDC sub-committees.[3] The first of these sub-committees is the Electronically Stored Information Sub-Committee ("ESI Sub-Committee"). The ESI Sub-Committee will work with Magistrate Judge Gary Jones to develop an ESI Protocol. Additionally, the ESI Sub-Committee will be responsible for overseeing the ESI production and working with the soon-to-be retained data management firm. For Plaintiffs, the Court appoints the following attorneys to the ESI Sub-Committee:

| | |
|---|---|
| **Behram V. Parekh** | **George T. Williamson** |
| Kirtland & Packard LLP | 99 Nesbit Street |
| 2041 Rosecrans Ave., Third Floor | Punta Gorda, Florida 33950 |
| El Segundo, CA 90245 | P. (941) 639-1158 |
| Phone: 310-536-1000 | gwilliamson@farr.com |
| Email: bvp@kirtlandpackard.com | |

---

[3] The scope of these sub-committees may be expanded or limited, with the Court's approval.

Case No. 3:16-md-2734

The second JDC sub-committee is the Science and Expert Sub-Committee ("SE Sub-Committee"). This SE Sub-Committee will be responsible for overseeing the Science Day presentations to the Court and organizing and coordinating expert discovery. The SE Sub-Committee also will be responsible for developing a general causation discovery plan for approval by the Court, as well as a plan for the submission and presentation of *Daubert* challenges. For Plaintiffs, the Court appoints the following two attorneys to the SE Sub-Committee:

**Lexi J. Hazam**
Lieff Cabraser Heimann &
Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
415.956.1000
lhazam@lchb.com

**Jennifer Liakos**
Napoli Shkolnik PLLC
525 South Douglas Street, Suite 260
El Segundo, CA 90245
Telephone: (310) 331-8224
Email: jliakos@napolilaw.com

For each of these sub-committees, Defendants may nominate two attorneys to serve, one attorney for Bristol-Myers Squibb Company and one for the Otsuka Defendants. By January 30, 2017, these attorneys should submit their CV to the Court for approval and official appointment.

Case No. 3:16-md-2734

Joint Settlement Committee

*Plaintiffs*

**Ernest Cory**
Cory Watson, P.C.
2131 Magnolia Avenue S., Ste. 200
Birmingham, AL 35205
Phone: (205) 328-2200
Email: ECory@CoryWatson.com

**Tara D. Sutton**
Robins Kaplan LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
Telephone: 612-349-8500
Email: TSutton@RobinsKaplan.com

*Bristol-Myers Squibb Company*

**Anand Agneshwar**
Arnold & Porter LLP
399 Park Avenue
New York, NY 10022
212-715-1107
anand.agneshwar@aporter.com

*The Otsuka Defendants*

**Matthew A. Campbell**
Winston & Strawn LLP
1700 K St. NW
Washington, DC 20006-3817
T: 202-282-5848
MACampbe@winston.com

As previously discussed, this Committee's first task will be to propose a settlement master for consideration by the Court. By January 30, 2017, the Joint Settlement Committee must propose a settlement master or inform the Court if they are unable to reach an agreement on a settlement master, in which case, each side (Plaintiffs and Defendants) should propose a settlement master.

Case No. 3:16-md-2734

A full description of the positions and committees identified in this Order, other than those newly created by this Order, can be found in the Order Establishing Counsel Leadership Structure (ECF No. 79). All designations above are of a personal nature. Accordingly, the undersigned expects each attorney appointed to a leadership position to personally assume responsibility for the performance of his/her designated function(s) and duty(ies). The undersigned reserves the discretion to replace any leadership attorney not fully performing in his/her designated role. If at any time an attorney becomes unable or unwilling to perform in his/her role, the Court must be notified immediately.

**DONE** and **ORDERED** on this 16th day of December, 2016.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**