# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:16-md-2734<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## ORDER

Pursuant to the Court's Order Appointing Leadership Counsel, ECF No. 143 and the Defendants' January 30, 2017, submissions, the Court hereby appoints Barry J. Thompson (Bristol-Myers Squibb Company) and Matthew Campbell (Otsuka Defendants) to the Science and Expert Sub-Committee and Lauren S. Colton (Bristol-Myers Squibb Company) and John Rosenthal (Otsuka Defendants) to the ESI Sub-Committee.

**DONE** and **ORDERED** on this 31st day of January, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**