# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:16-md-2734<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## GENERAL CAUSATION DISCOVERY SCHEDULING ORDER

In Case Management Order No. 2, the Court ordered the Joint Science and Expert Sub-Committee ("JSE Sub-Committee") to submit a proposed schedule for general causation discovery. The JSE Sub-Committee has now advised the Court that a consensus could not be reached and instead each side has submitted a proposed timeline. The Court has reviewed both submissions and will adopt Defendants' timeline with certain modifications as set forth below.[1]

| | |
|---|---|
| March 1, 2017 | Deadline to identify general causation custodians for interim document production |
| March 20, 2017 | Deadline for completion of interim document production<br><br>Deadline for Plaintiffs to disclose the identity and area of testimony of their expert witnesses |
| April 12, 2017 | Deadline to complete general causation document production |

---

[1] Any party seeking to modify this schedule will bear a heavy burden. Additional deadlines may be added relating to keywords and format, depending on whether the parties reach consensus by the February 22, 2017 conference call or whether those matters are assigned to Magistrate Judge Jones.

Case No. 3:16-md-2734

|  | Deadline for Defendants to disclose the identity and area of testimony of their expert witnesses |
|---|---|
| April 20, 2017 | Deadline for Plaintiffs to produce general causation expert witness reports and related disclosures under Fed. R. Civ. P. 26(a)(2) |
| May 12, 2017 | Deadline to complete fact discovery on general causation issues<br><br>Deadline for Defendants to produce general causation expert witness reports and related disclosures under Fed. R. Civ. P. 26(a)(2) |
| May 31, 2017 | Deadline for expert rebuttal reports (simultaneous) |
| June 23, 2017 | Deadline to complete expert discovery on general causation issues |
| June 30, 2017 | Deadline to file *Daubert* and/or dispositive motions on general causation, as well as any non-dispositive motions *in limine* related to the general causation hearing |
| July 14, 2017 | Deadline to file any responses in opposition |
| July 21, 2017 | Deadline to file replies, if any, limited to new matters not addressed in the original supporting memorandum |
| July 31–Aug. 1, 2017 at 9:00 a.m. (CT) | General Causation Hearing |

In light of Plaintiffs' statement that they will seek discovery from OPC regardless of the outcome of the Motion to Dismiss, the Court agrees that deadlines for OPC's production need to be incorporated into the discovery timeline. By February 28, 2017, the Joint Science and Expert Sub-Committee should submit to

the Court a schedule for OPC's production, in light of the deadlines set by the Court in this Order.[2]

**DONE** and **ORDERED** on this 21st day of February, 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[2] As with this proposed schedule, if the parties cannot reach consensus on OPC's discovery deadlines, they should submit position papers by the same deadline.