## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br><br>This Document Relates to All Cases | Case No. 3:16-md-2734<br><br>Chief Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## COMMON BENEFIT FUND ORDER NO. 3

The Court's order on General Causation has been entered. *See* ECF No. 671. Accordingly, the Plaintiffs' Fees and Common Benefit Fund Committee ("PFFC") must, within 30 days from the date of this Order, submit a proposal setting forth its recommendation regarding a Common Benefit Assessment ("Assessment"), the claims to be subject to the Assessment, the calculation of the recovery from which the Assessment will be deducted, the mechanism for payment of the Assessment and disbursements of common benefit funds, and any other procedures or guidelines as necessary. *See* Common Benefit Fund Order No. 2, ECF No. 468 (Requiring PFFC to submit its proposal within 90 days of July 20, 2017); Disc. Conference Order No. 12, ECF No. 565 (Tolling proposal regarding a Common Benefit Assessment until the General Causation order was entered).

**DONE** and **ORDERED** on this 25th day of January, 2018.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**