# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: ABILIFY (ARIPIPRAZOLE) PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to All Cases | Case No. 3:16-md-2734<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary Jones |

## JOINT NOTICE OF PROPOSED SETTLEMENT PROGRAM

PLEASE TAKE NOTICE that on February 15, 2019, Plaintiffs' Lead Counsel and Defendants Bristol-Myers Squibb Company, Otsuka America Pharmaceutical, Inc., and Otsuka Pharmaceutical Co., Ltd. entered into a Confidential Master Settlement Agreement establishing a Proposed Settlement Program to resolve all Abilify compulsivity claims filed as of January 28, 2019, in *In Re: Abilify (Aripiprazole) Products Liability Litigation* Case No. 3:16-md-2734, New Jersey MCL Docket No. ATL-L-1098-18, California state courts,[1] and other state courts. The terms of the Master Settlement Agreement are confidential. The

---

[1] In San Francisco Superior Court, Case Nos. CGC-18-566068, CGC-18-566146, CGC-18-566166, CGC-18-566226, CGC-18-568685, CGC-18-568797, CGC-18-568822, CGC-18-568826, CGC-18-568849, CGC-18-568851, CGC-18-568915, CGC-18-568916, CGC-18-568917, CGC-18-568926, CGC-18-568944, CGC-18-568990, CGC-18-568981; in Alameda Superior Court, Case Nos. RG18902953 and RG18902958; in Los Angeles Superior Court, Case Nos. BC702288 and BC702274.

Master Settlement Agreement does not apply to any claims filed after January 28, 2019.

Respectfully submitted this 15th day of February, 2019,

| | |
|---|---|
| */s/ Bryan F. Aylstock*<br>Bryan F. Aylstock<br>Florida Bar No. 78263<br>**AYLSTOCK WITKIN KREIS & OVERHOLTZ, PLLC**<br>17 E. Main Street, Suite 200<br>Pensacola, FL 32502<br>850-916-7450<br>baylstock@awkolaw.com<br><br>B. Kristian W. Rasmussen<br>Florida Bar No. 0229430<br>Ernest Cory (*pro hac vice*)<br>Stephen Hunt, Jr. (*pro hac vice*)<br>**CORY WATSON ATTORNEYS**<br>2131 Magnolia Avenue, Suite 200<br>Birmingham, AL 35205<br>205-328-2200<br>krasmussen@corywatson.com<br><br>Gary L. Wilson (*pro hac vice*)<br>**ROBINS KAPLAN LLP**<br>800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN 55402<br>612-349-8500<br>gwilson@robinskaplan.com<br><br>*Attorneys for Plaintiffs* | */s/ Larry Hill*<br>Larry Hill<br>Florida Bar No. 173908<br>Charles F. Beall, Jr.<br>Florida Bar No. 66494<br>**MOORE, HILL & WESTMORELAND, P.A**.<br>350 West Cedar Street<br>Maritime Place, Suite 100<br>Pensacola, FL 32502<br>850-434-3541<br>lhill@mhw-law.com<br>ljohnson@mhw-law.com<br>cbeall@mhw-law.com<br><br>Anand Agneshwar (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>250 West 55th Street<br>New York, NY 10019<br>212-836-8000<br>anand.agneshwar@arnoldporter.com<br><br>Matthew A. Eisenstein (*pro hac vice*)<br>Paige Sharpe (*pro hac vice*)<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>202-942-5000<br>matthew.eisenstein@arnoldporter.com<br>paige.sharpe@arnoldporter.com |

Lauren Colton (*pro hac vice*)
**HOGAN LOVELLS US LLP**
100 International Drive, Suite 200
Baltimore, Maryland 21202
410-659-2700
lauren.colton@hoganlovells.com

*Attorneys for Defendant*
*Bristol-Myers Squibb Company*


/s/ Matthew A. Campbell
Matthew A. Campbell (*pro hac vice*)
Rand K. Brothers (*pro hac vice*)
**WINSTON & STRAWN LLP**
1700 K Street, NW
Washington, DC 20006
202-282-5848
macampbe@winston.com
rbrothers@winston.com

Luke A. Connelly (*pro hac vice*)
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY 10166
212-294-6882
lconnell@winston.com

        Hal K Litchford
        Kelly Overstreet Johnson
        Russell Bradbury Buchanan
        **BAKER, DONELSON, BEARMAN,**
        **CALDWELL & BERKOWITZ, PC**
        101 N Monroe Street, Suite 925
        Tallahassee, FL 32301
        850-425-7500
        kjohnson@bakerdonelson.com
        rbuchanan@bakerdonelson.com
        hlitchford@bakerdonelson.com

*Attorneys for Defendants*
*Otsuka Pharmaceutical Co., Ltd. and*
*Otsuka America Pharmaceutical, Inc.*

5

**CERTIFICATE OF SERVICE**

I hereby certify this 15th day of February, 2019, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system, which will automatically serve notice of this filing via e-mail notification to all registered counsel of record.

                                                        */s/ Larry Hill*
                                                        Larry Hill