# U.S. DISTRICT COURT EXHIBITS, NORTHERN DISTRICT OF FLORIDA

| Case Number: 3:16md2734-MCR/GRJ | Case Type: MDL | Judge: M. Casey Rodgers |
|---|---|---|
| **In Re: Abilify (Aripiprazole) Products Liability Litigation** | Plaintiff's Attorney(s): Gary Wilson, Bryan Aylstock, Kristian Rasmussen, et al | |
| | Defendant's Attorney(s): Anand Agneshwar, Matthew Campbell, Luke Connelly, et al | |
| Type of Proceeding: **Causation/Daubert Hearing** | Date of Proceeding: **July 31, 2017 & August 1-3, 2017** | |
| Description of Exhibits: 4 Boxes of Binders  *16 Binders + 1 accordion folder | | |
| Location of Exhibits: **Secured Storage** | Hold: **Yes** added 2 binders of sealed exhibits | |

5

## TEMPORARY REMOVAL OF EXHIBIT(S)

| DATE REMOVED: 8-7-2017 | DATE RETURNED: 3-29-2018 | CHECKED OUT TO: Gwendelyn & Tenenia Mokoromod |
|---|---|---|
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |

## TEMPORARY RELEASE OF EVIDENCE    RETURN

| DATE ~~RELEASED~~ RETURNED: DEFENSE: 4/21/23  PLAINTIFF: 4/21/23 | EXHIBITS ~~RELEASED~~ RETURNED: DEFENSE: 4 BOXES  PLAINTIFF: 1 BOX / 1 BINDER | ~~RELEASED TO~~ RETURNED: DEFENSE: LARRY HILL  PLAINTIFF: BRYAN AYLSTOCK |
|---|---|---|

Harmony Malone 4-21-23    Harmony Malone
Signed By                    Printed Name

## PERMANENT REMOVAL ~~OR DESTRUCTION~~

| DATE PERMANENTLY REMOVED ~~OR DESTROYED~~: DEFENSE: 4/21/23 | BY DEPUTY CLERK: Barbara Rogers |
|---|---|

CM Foreman (plaintiffs) 4/21/23    Christy Foreman
SIGNED BY                             PRINTED NAME

**U.S. DISTRICT COURT EXHIBITS, NORTHERN DISTRICT OF FLORIDA**

| Case Number: **3:16md2734-MCR** | Case Type: **CRIMINAL** | Judge: **M. CASEY RODGERS** |
|---|---|---|
| Plaintiff: **IN RE: ABILITY** | Plaintiff's Attorney: **WILSON/AYLSTOCK/RASMUSSEN** | |
| Defendant: | Defense Attorney: **AGNESHWAR/SHARPE/HILL** | |
| Type of Proceeding: **RULE 16 CONFERENCE** | Date of Proceeding: **12/9/2019** | |

Description of Exhibits: 1 ~~GOV'T~~ DEFENSE Envelope (Sealed Exhibit)

| Location of Exhibits: **SECURED STORAGE** | Hold: **YES** | Date Exhibits were disposed of: |
|---|---|---|

**TEMPORARY REMOVAL OF EXHIBIT(S)**

| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |
|---|---|---|
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |
| DATE REMOVED: | DATE RETURNED: | CHECKED OUT TO: |

RETURN ~~RELEASE~~ OF EVIDENCE:

| DATE ~~RELEASED~~ RETURNED: 4/21/23 | EXHIBITS ~~RELEASED~~ RETURNED: ALL | ~~RELEASED~~ RETURNED TO: LARRY HILL, MOORE, HILL & WESTMORELAND |
|---|---|---|

*Harmony Malone* 4-21-23         *Harmony Malone*
SIGNED BY                         PRINTED NAME

**PERMANENT REMOVAL ~~OR DESTRUCTION~~**

DOCUMENT NUMBER: 1223

DATE: 4/21/23

*Barbara Rojen*
BY DEPUTY CLERK